# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America

v.

James Thomas Gaddy

)
) Cas
) e
) No: 3:03CR109-03
) US
) M
) No: 17849-058

Date of Previous Judgment:  11/01/2005
(Use Date of Last Amended Judgment if Applicable)

Aaron E. Michel
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  144  months **is reduced to**  time served plus 10 days  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  33 | Amended Offense Level:  31 |
| Criminal History Category:  VI | Criminal History Category:  VI |
| Previous Guideline Range:  235  to  293  months | Amended Guideline Range:  188  to  235  months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❏ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  11/01/2005  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  July 30, 2008

Effective Date: _____
(if different from order date)

*Graham C. Mullen*
Graham C. Mullen
United States District Judge